No. 79–1423. WESTERN & SOUTHERN LIFE INSURANCE CO. v. STATE BOARD OF EQUALIZATION OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. [Probable jurisdiction noted, *ante,* p. 817.] Motion of American Council of Life Insurance for leave to file a brief as *amicus curiae* granted.

No. 79–1538. ANDRUS, SECRETARY OF THE INTERIOR v. VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL.; and

No. 79–1596. VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL. v. ANDRUS, SECRETARY OF THE INTERIOR. D. C. W. D. Va. [Probable jurisdiction noted, *ante,* p. 817.] Motions of Pike County, Kentucky, and Coal Operators & Associates, Inc., for leave to participate in oral argument as *amici curiae* denied.

No. 79–1734. PARRATT ET AL. v. TAYLOR. C. A. 8th Cir. [Certiorari granted, *ante,* p. 917.] Motion of respondent to dismiss the writ of certiorari denied.

No. 79–1794. MICHIGAN v. SUMMERS. Sup. Ct. Mich. [Certiorari granted, *ante,* p. 898.] Motion of the Solicitor General for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. Respondent also allotted an additional 10 minutes for oral argument.

No. 79–1943. ALESSI ET AL. v. RAYBESTOS-MANHATTAN, INC., ET AL. C. A. 3d Cir. [Probable jurisdiction noted, *ante,* p. 949]; and

No. 80–193. BUCZYNSKI ET AL. v. GENERAL MOTORS CORP. ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 950.] Joint motion of appellees in No. 79–1943 and respondent General Motors Corp. in No. 80–193 for divided argument granted. Request for additional time for oral argument denied. Motion of American Association of Retired Persons et al. for leave to file a brief as *amici curiae* granted. Motions of Merl D. Stong et al. and Gray Panthers for leave to file briefs as *amici curiae* in No. 80–193 granted.